1  BROOKS ELLISON
   State Bar No. 122705
2  PATRICK J. WHALEN
   State Bar No. 173489
3  THE LAW OFFICES OF BROOKS ELLISON
   1725 Capitol Ave.
4  Sacramento, CA 95811
   Telephone: (916) 448-2187
5  Facsimile: (916) 448-5346
   E-mail: attorneys@ellisonlawoffices.com
6
   Attorneys for Plaintiff
7  California Dump Truck Owners Association

8

9
                     UNITED STATED DISTRICT COURT
10
                     EASTERN DISTRICT OF CALIFORNIA
11

12 | CALIFORNIA DUMP TRUCK OWNERS | Case No.  2:11-CV-00384-MCE-GGH
13 | ASSOCIATION |
14 |          Plaintiff, | **ORDER**
15 |    vs. |
16 | MARY D. NICHOLS, Chairperson of the |
   | California Air Resources Board; JAMES |
17 | GOLDSTENE, Executive Officer of the |
   | California Air Resources Board; and DOES 1- |
18 | 50 |
19 |          Defendants, |
20 |  |
   | NATURAL RESOURCES DEFENSE |
21 | COUNCIL, INC., |
22 |  |
   |          Defendant-Intervenor |
23

24

25 ///

26 ///

27 ///

28 ///

- 1 -

Proposed Order

1  Based on the stipulation of the parties, IT IS HEREBY ORDERED that Plaintiffs'
2  Motion for Summary Judgment (ECF No. 22), filed July 5, 2011, is DENIED without prejudice
3  to re-filing in conformity with the parties' agreement that any hearing on such Motion should
4  occur on January 26, 2012 at 2:00 p.m. in Courtroom 7.  Plaintiff is ordered to refile its Motion
5  with the new hearing date not earlier than Thursday, November 17, 2011.

IT IS SO ORDERED.

Dated: September 20, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Proposed Order