BROOKS ELLISON
State Bar No. 122705
PATRICK J. WHALEN
State Bar No. 173489
THE LAW OFFICES OF BROOKS ELLISON
1725 Capitol Ave.
Sacramento, CA 95811
Telephone: (916) 448-2187
Facsimile: (916) 448-5346
E-mail: attorneys@ellisonlawoffices.com

Attorneys for Plaintiff
California Dump Truck Owners Association

UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DUMP TRUCK OWNERS ASSOCIATION<br><br>           Plaintiff,<br>    vs.<br><br>MARY D. NICHOLS, Chairperson of the California Air Resources Board; JAMES GOLDSTENE, Executive Officer of the California Air Resources Board; and DOES 1-50<br><br>           Defendants,<br><br>NATURAL RESOURCES DEFENSE COUNCIL, INC.,<br><br>           Defendant-Intervenor | Case No.  2:11-CV-00384-MCE-GGH<br><br>**NOTICE OF MOTION FOR SUMMARY JUDGMENT**<br><br>(Fed.R.Civ.P. 56(c))<br><br>Date:        January  26, 2012<br>Time:       2:00 p.m.<br>Courtroom.:   7 |

     TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:  NOTICE IS HEREBY GIVEN that the motion for summary judgment filed on November 17, 2011 shall be heard on January 26, 2012, at 2:00 p.m., in Courtroom 7, or as soon thereafter as counsel may be heard,

Notice of Motion for Summary Judgment

before the Honorable Morrison C. England, Jr., at the United States District Court, Eastern District of California, located at 501 I Street, Sacramento, CA 95814.  This motion will be based on this notice of motion, the concurrently filed motion for summary judgment and supporting declarations and exhibits, such other evidence and declarations already on file, and such evidence and argument as may be presented at the hearing on the motion.

THE LAW OFFICES OF BROOKS ELLISON

Dated: November 17, 2011

/s/ Patrick J. Whalen
_____

PATRICK J. WHALEN

Attorneys for Plaintiff
CALIFORNIA DUMP TRUCK OWNERS ASSOCIATION