BROOKS ELLISON
State Bar No. 122705
PATRICK J. WHALEN
State Bar No. 173489
THE LAW OFFICES OF BROOKS ELLISON
1725 Capitol Ave.
Sacramento, CA 95811
Telephone: (916) 448-2187
Facsimile: (916) 448-5346
E-mail: attorneys@ellisonlawoffices.com

Attorneys for Plaintiff
California Dump Truck Owners Association

UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DUMP TRUCK OWNERS ASSOCIATION<br><br>Plaintiff,<br>vs.<br><br>MARY D. NICHOLS, Chairperson of the California Air Resources Board; JAMES GOLDSTENE, Executive Officer of the California Air Resources Board; and DOES 1-50<br><br>Defendants. | Case No. 2:11-CV-00384-MCE-GGH<br><br>**DECLARATION OF JAY POCOCK IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

I, Jay Pocock, declare as follows:

1. I am the Sales Executive for Superior Trailer Works. My business primarily involves the manufacturing and sales of truck bodies, trailers and facilitating specifications of trucks needed for these purposes. I have been involved in such sales for 25 years. Most of my customers are motor carriers as that term is defined in 49 U.S.C. § 13102.

- 1 -

Declaration of Jay Pocock

2. I have been involved with or sold hundreds of truck bodies, trailers and trucks throughout my career, including most to dump truck operators that engage in the transportation of construction material to and from construction sites, including dirt, sand, rock, gravel, and aggregate.

3. As part of my business, I am aware of the costs of purchasing trucks in California. I am also aware of the Truck and Bus Regulation promulgated by the Air Resources Board, codified at 13 CCR § 2025. To comply with the rule, I know that many of my customers and industry associates will have to either replace their current trucks with new trucks, or retrofit their old trucks with a diesel particulate filter.

4. The price for the most basic 2010 model year truck that would comply with the rule would be approximately $120,000, including federal excise tax and sales tax. In order to purchase a truck with more features, it would cost approximately an additional $20,000. To purchase new dump truck equipment for such a truck, it would cost between $30,000 and $80,000. To transfer older dump truck equipment to the new truck would cost approximately $5,000.

5. I own a 2009 truck that has factory-installed diesel particulate filter technology which makes it currently compliant with the Truck and Bus Regulation promulgated by the Air Resources Board. I also own an older 2006 truck with a larger, less efficient engine than the 2009 truck. I have driven both trucks under identical circumstances for significant periods of time, and I have discovered that the 2009 truck gets less miles per gallon than the older truck with the larger engine. Normally, all other things being equal, I would expect a new truck with a smaller engine to have better fuel economy than an older truck with a larger engine. My discovery that the converse is true reinforces my belief that the filtering technology required to make trucks compliant with the Truck and Bus Regulation results in decreased fuel efficiency.

6. My 2009 truck engine with a diesel particulate filter has also completely shut down while I have been driving it, due to an excess buildup of heat and pressure from the filter unit. This problem has never occurred with any of my trucks that are not equipped with the filtering technology.

1  I declare under penalty of perjury under the laws of the State of California that the foregoing is
2  true and correct and based on my personal knowledge, and if called to testify to these facts, I
3  would do so competently and truthfully.
4     Executed this 15 day of April, 2011, in Fontana, California.

_____
Jay Pocock