BROOKS ELLISON
State Bar No. 122705
PATRICK J. WHALEN
State Bar No. 173489
THE LAW OFFICES OF BROOKS ELLISON
1725 Capitol Ave.
Sacramento, CA 95811
Telephone: (916) 448-2187
Facsimile: (916) 448-5346
E-mail: attorneys@ellisonlawoffices.com

Attorneys for Plaintiff
California Dump Truck Owners Association

UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DUMP TRUCK OWNERS ASSOCIATION<br><br>          Plaintiff,<br>     vs.<br><br>MARY D. NICHOLS, Chairperson of the California Air Resources Board; JAMES GOLDSTENE, Executive Officer of the California Air Resources Board; and DOES 1-50<br><br>          Defendants.<br><br><br>NATURAL RESOURCES DEFENSE COUNCIL, INC.,<br><br>          Defendant-Intervener | Case No.  2:11-CV-00384-MCE-GGH<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br><br>Date:        January  26, 2012<br>Time:        2:00 p.m.<br>Courtroom.:   7 |

**REQUEST FOR JUDICIAL NOTICE**

In support of its Motion for Partial Summary Judgment, Plaintiff California Dump Truck Owners Association requests that the Court take judicial notice of the following documents pursuant to Federal Rule of Evidence 201:

1. Attached hereto as **Exhibit A** is a true and correct copy of the Initial Statement of Reasons for Proposed Rulemaking, published by the California Air Resources Board in 2008 and available on their website at http://www.arb.ca.gov/regact/2008/truckbus08/tbisor.pdf.

2. Attached hereto as **Exhibit B** is a true and correct copy of the most recent Final Statement of Reasons for Rulemaking, published by the California Air Resources Board in 2011 and available on their website at http://www.arb.ca.gov/regact/2010/truckbus10/tbfsor.pdf

The contents of these documents are not subject to reasonable dispute and are generally known to all parties as well as people in the construction transportation industry.

Dated: November 17, 2011

/s/ Patrick J. Whalen

PATRICK J. WHALEN

Attorneys for Plaintiff
CALIFORNIA DUMP TRUCK OWNERS ASSOCIATION

Motion for Judicial Notice ISO Summary Judgment