1  KAMALA D. HARRIS
   Attorney General of California
2  SARA J. RUSSELL, State Bar No. 84704
   Supervising Deputy Attorney General
3  NICHOLAS STERN, State Bar No. 148308
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone:  (916) 323-3840
6   Fax:  (916) 327-2319
    E-mail:  Nicholas.Stern@doj.ca.gov
7  *Attorneys for Defendants*
   *Mary D. Nichols, Chairperson of the California Air*
8  *Resources Board, and James Goldstene,, Executive*
   *Officer of the California Air Resources Board*
9

10            IN THE UNITED STATES DISTRICT COURT

11        FOR THE EASTERN DISTRICT OF CALIFORNIA

12                 SACRAMENTO DIVISION

13

| | |
|---|---|
| 14 | |
| **CALIFORNIA DUMP TRUCK OWNERS ASSOCIATION,** | 2:11-CV-00384-MCE-GGH |
| 15 | |
| Plaintiff, | **DECLARATION OF TODD SAX IN SUPPORT OF DEFENDANTS MARY NICHOLS AND JAMES GOLDSTENE'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |
| 16 | |
| 17  v. | |
| 18 | |
| **MARY D. NICHOLS, Chairperson of the California Air Resources Board, and JAMES GOLDSTENE, Executive Officer of the California Air Resources Board,** | Date:       January 26, 2012 Time:       2:00 p.m. Courtroom:  7 Judge        The Honorable Morrison C. England, Jr. |
| 19 | |
| 20 | |
| Defendant, | Trial Date   June 3, 2013 Action Filed:  February 11, 2011 |
| 21 | |
| 22 | |
| **NATURAL RESOURCES DEFENSE COUNCIL, INC.,** | |
| 23 | |
| 24  Defendant-Intervenor. | |
| 25 | |

26      I, Todd Sax, declare:

27          1.   The facts stated in this declaration are true of my own personal knowledge, and if

28  called as a witness in this matter I could and would testify competently thereto.

                                   1

1     2.    The opinions stated in this declaration are based on my education, experience, and

2     knowledge of air pollution health impacts, health risk assessments, and emissions control.

3         3.    I received my Bachelor of Arts degree in the Environment, Economics, and Politics at

4     Claremont McKenna College in Claremont, California in 1993.  I received my Masters of Science

5     in Environmental Health Science at the University of California at Los Angeles in 1995.  I

6     received my Doctorate in Environmental Science and Engineering from the University of

7     California at Los Angeles in 2004.

8         4.    I am the Chief of the Mobile Source Analysis Branch, Planning and Technical

9     Support Division of the California Air Resources Board (the Board).  I have held this position

10    since July 2010.  Overall, I have worked in the field of air pollution doing inventory analysis for

11    over 15 years.  I worked as Manager of the Regulatory Support Section in the Mobile Source

12    Analysis Branch of the Planning and Technical Support Division from February 2006 to July

13    2010.  I worked as an Air Pollution Specialist in the Emissions Inventory Systems Section of the

14    Planning and Technical Support Division from July 2005 to February 2006.  I worked as an Air

15    Pollution Specialist in the Environmental Justice Section of the Planning and Technical Support

16    Division from June 2000 to May 2004.  Prior to coming to the Board, I worked at TRW, Inc. as

17    an Environmental Engineer from 1994 to June 2000.  From May 2004 to July 2005 I worked at

18    SECOR International Inc. as a Senior Air Quality Scientist and California Air Quality Manager.

19        5.    While working at the Board I have managed the development of a diverse array of

20    mobile source emissions inventories on statewide, regional, and local scales.  An emissions

21    inventory is a data set that characterizes and quantifies pollutant releases from emissions sources.

22    These inventories have focused on trucks, buses, construction equipment, airport ground support

23    equipment, industrial equipment, cargo handling equipment, transportation refrigeration units,

24    commercial harborcraft, ocean-going vessels, off-highway motorcycles, off-highway recreational

25    boats, and other mobile and stationary sources.  I developed or supervised the development of

26    emissions inventories representing all sources in specific communities (including Wilmington in

27    Los Angeles, Barrio Logan in San Diego, and West Oakland in the San Francisco Bay Area) and

28    by mobile source category for the Board's Goods Movement Emissions Reduction Plan.

2

6.    In my present capacity as Chief of the Mobile Source Analysis Branch, I directed my staff and was the lead in updating the on-road mobile source emissions inventory that was presented to the Board in November 2010.  The updated inventory was used to develop the amendments to the "Regulation to Reduce Emissions of Diesel Particulate Matter, Oxides of Nitrogen and Other Criteria Pollutants from In-Use Heavy-Duty Diesel-Fueled Vehicles (Truck and Bus Regulation).

7.    I was a contributing author to and oversaw the work of my staff on the Board's 2010 Staff Report: Initial Statement of Reasons for Proposed Rulemaking for adoption of Proposed Amendments to the Truck and Bus Regulation, the Drayage Truck Regulation, and the Tractor-Trailer Greenhouse Gas Regulation.  I was also a contributing author to the Board's 2008 Staff Report: Initial Statement of Reasons for Proposed Rulemaking for Adoption of Proposed Regulation for In-Use On-Road Diesel Vehicles, the initially adopted Truck and Bus Regulation. I was also a contributing author for the 2008 Technical Support Document: Regulation for In-Use On-Road Diesel Vehicles.

8.    As part of my duties, I am aware and knowledgeable of national ambient air quality standards (NAAQS) for criteria pollutants that the United States Environmental Protection Agency (EPA) has established pursuant to the federal Clean Air Act (CAA).  Among the NAAQS that EPA has adopted are standards for particulate matter (PM) composed of particles 2.5 microns or less in diameter (PM2.5) and 8-hour ozone (i.e. peak measurements over an eight hour period).

9.    Two air basins in California – the South Coast Air Basin and the San Joaquin Valley Air Basin – are in nonattainment for both the PM2.5 and the 8-hour ozone standards.  Under the CAA, the two air basins must come into compliance with the PM2.5 and 8-hour ozone standards by 2014 and 2023 respectively.

10.  The Truck and Bus Regulation specifically addresses diesel PM and oxides of nitrogen (NOx) emissions.  Diesel PM is a component of ambient PM2.5.  NOx emissions lead to the formation in the atmosphere of both ozone and PM2.5.  The Regulation is a key component of California's overall plan to reduce PM2.5 and NOx emissions in order to improve air quality and public health and to attain the PM2.5 and 8-hour ozone NAAQS.

3

1    11. I and my staff updated the on-road heavy-duty diesel emissions inventory in 2010 to

2    make improvements to the emissions analysis used by the Board in developing regulations to

3    reflect the economic recession that occurred in California and the nation starting in 2007,

4    including specifically the impact of the recession on emissions from heavy-duty diesel-fueled

5    vehicles.  The updated inventory included the following:  an assessment of the impact of the

6    recession on emissions, the development of regional emissions estimates, revisions to the

7    estimated number of miles traveled in California by non-California registered vehicles, the

8    addition of new vehicle categories, and improved lifetime mileage assumptions.

9    12. My work on the inventory has provided me with specific knowledge as to the

10    following:

11        a.    There are nearly one million heavy-duty vehicles (vehicles with a gross

12            vehicle weight rating greater than 14,000 pounds) that travel California's highways

13            each year, over 80% of which are diesel fueled.

14        b.    Heavy-duty vehicles currently contribute more emissions of NOx and

15            PM2.5 to California's ambient air than any other mobile source category (e.g., light-

16            duty cars, off-road equipment, locomotives, ocean going vessels, harbor craft).  They

17            are a major cause of some areas of California being in nonattainment of the NAAQS

18            for both PM2.5 and 8-hour ozone.  On-road heavy-duty diesel-fueled vehicles emit

19            approximately 40% of diesel PM emissions and 30% of NOx emissions from all

20            mobiles sources in California.  Although these figures are subject to change, these

21            estimates, made in 2010, are the most current estimates we have generated.

22        c.    Overall, to meet the PM2.5 standard in the South Coast Air Basin by

23            2014, PM2.5 emissions must be reduced by approximately 15% and NOx emissions

24            reduced by approximately 60% relative to 2002 emissions levels.  To meet the PM2.5

25            standard in the San Joaquin Valley Air Basin by 2014, PM2.5 emissions must be

26            reduced by approximately 25% and NOx emissions by approximately 50% relative to

27            2005 emissions levels.

28

4

1        d.    To meet the 8-hour ozone standard in the South Coast Air Basin by 2023,

2    NOx emissions there must be reduced by approximately 90%.  To meet the 8-hour

3    ozone standard in the San Joaquin Valley Air Basin by 2023, NOx emissions there

4    must be reduced by approximately 75%.

5        e.    Significant emissions reductions from in-use on-road heavy-duty diesel-

6    fueled vehicles are necessary for California to achieve attainment with the NAAQS in

7    the South Coast and San Joaquin Valley Air Basins.

8        13.  I anticipate that the proposed amendments to the Truck and Bus Regulation will result

9    in 45% lower diesel PM emissions in 2014 as compared to diesel PM emissions absent this

10   Regulation, a reduction of 7 tons per day.  The Regulation will ensure that  by 2016, almost all

11   vehicles exceeding 26,000 pounds gross vehicle rated weight operating in California will be

12   equipped with diesel particulate filters that significantly reduce diesel particulate emissions into

13   the atmosphere.

14       14.  I anticipate that proposed amendments to the Truck and Bus Regulation will begin

15   reducing diesel PM emissions in 2012.  I further anticipate that these reductions will reduce diesel

16   PM concentrations along roadways and in communities impacted by diesel PM emitted from

17   truck and bus operations in California.

18       15.  I anticipate that the amended Truck and Bus Regulation will achieve an 80%

19   reduction in statewide NOx emissions by 2023 as compared to NOx emissions in 2005, a

20   reduction of 700 tons per day.

21

22

23

24

25

26

27

28

Decl. of Todd Sax in Support of Defendants Nichols and Goldstene's Opposition to Motion For Summary Judgment
(2:11-CV-00384-MCE-GGH)

1    I declare under penalty of perjury, under the laws of the United States of America, that the

2    foregoing is true and correct and that this Declaration was executed in Sacramento, California on

3    December 14, 2011.

4

5    _____

6    Todd Sax

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28