KAMALA D. HARRIS
Attorney General of California
SARA J. RUSSELL, State Bar No. 84704
Supervising Deputy Attorney General
NICHOLAS STERN, State Bar No. 148308
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 323-3840
  Fax: (916) 327-2319
  E-mail: Nicholas.Stern@doj.ca.gov
*Attorneys for Defendants*
*Mary D. Nichols, Chairperson of the California Air Resources Board, and James Goldstene,, Executive Officer of the California Air Resources Board*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA DUMP TRUCK OWNERS ASSOCIATION,**<br><br>                      Plaintiff,<br><br>v.<br><br>**MARY D. NICHOLS, Chairperson of the California Air Resources Board, and JAMES GOLDSTENE, Executive Officer of the California Air Resources Board,**<br><br>                      Defendant,<br><br>**NATURAL RESOURCES DEFENSE COUNCIL, INC.,**<br><br>                      Defendant-Intervenor. | 2:11-CV-00384-MCE-GGH<br><br>**DECLARATION OF LINDA SMITH IN SUPPORT OF DEFENDANTS MARY NICHOLS AND JAMES GOLDSTENE'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**<br><br>Date: January 26, 2012<br>Time: 2:00 p.m.<br>Courtroom: 7<br>Judge: The Honorable Morrison C. England, Jr.<br>Trial Date: June 3, 2013<br>Action Filed: February 11, 2011 |

I, Linda Smith, declare:

1. The facts stated in this declaration are true of my own personal knowledge, and if called as a witness in this matter I could and would testify competently thereto.

1

2. The opinions stated in this declaration are based on my education, experience, and knowledge of air pollution health impacts, health risk assessments and emissions control.

3. I received my Bachelor of Arts degree in Biochemistry at the University of California, Berkeley in Berkeley, California in 1971. I received a Ph.D. in the field of Biochemistry from the Chemistry Department at the University of California, San Diego at San Diego, California in 1977.

4. I am the Chief of the Health and Exposure Assessment Branch, Research Division of the California Air Resources Board (the Board). I have held this position since 2007. Overall, I have worked in the field of air pollution for over 12 years and have conducted emission inventory work and am managing staff in the Research Division. I have worked at the Board since 1999. Other positions I have held with the Board include: Air Pollution Specialist from 1999-2001 and Air Resources Supervisor I from 2001-2007.

5. At the Board, I managed and contributed to the reviews of the California ambient air quality standards for particulate matter composed of particles 10 microns or less in diameter (PM10), particulate matter composed of particles 2.5 microns or less (PM2.5), sulfates, ozone, and nitrogen dioxide. I also participated in the development of the recommendations for revisions of these standards, which were adopted by the Board. In addition, I supervise staff in managing research contracts focused on the health effects of exposure to air pollutants.

6. In my present capacity as Chief of the Health and Exposure Assessment Branch, I oversaw the work of my staff on the Board's 2010 Staff Report: Initial Statement of Reasons for Proposed Rulemaking for adoption of Proposed Amendments to the Truck and Bus Regulation, the Drayage Truck Regulation, and the Tractor-Trailer Greenhouse Gas Regulation.

7. As part of my duties, I am aware and knowledgeable of national ambient air quality standards (NAAQS) for criteria pollutants that the United State Environmental Protection Agency (EPA) has established pursuant to the federal Clean Air Act (CAA). Among the NAAQS that EPA has adopted are standards for PM2.5 and 8-hour ozone (ozone measured over an 8-hour period). Two air basins in California – the South Coast Air Basin and the San Joaquin Valley Air Basin – are in nonattainment for both PM2.5 and the 8-hour ozone standard. Under the CAA, the

2

two air basins must come into compliance with the PM2.5 and 8-hour ozone standards by 2014 and 2023, respectively.

8. In developing NAAQS, EPA conducts a review of the scientific literature relevant to the health effects of air pollutants, evaluates the strength of the science, and where possible quantifies the health risk of air pollutant exposures. These assessments are peer reviewed by the Clean Air Scientific Advisory Committee, an independent body of nationally-known scientists. In December 2009, EPA published the "Integrated Science Assessment for Particulate Matter." This document is the first part of the required periodic review of the NAAQS for particulate matter (PM) and includes a review of the PM-related health science literature. Based on epidemiologic, controlled human exposure, and toxicological (using animal models) studies, EPA concluded that long-term exposure to PM2.5 is causally associated with premature mortality and has no known threshold of effect (i.e., mortality associated with PM was observed even at the lowest levels of PM in the air). A causal relationship means it has the highest scientific level of certainty in its ability to contribute to premature death.

9. The EPA 2009 PM Integrated Science Assessment also showed that exposure to PM2.5 can be associated with increased hospitalization and emergency room visits for heart and lung diseases.

10. In June 2010, EPA published the "Quantitative Health Risk Assessment for Particulate Matter" to quantify exposure and risk. This report was peer reviewed by the Particulate Matter Review Panel of the Clean Air Scientific Advisory Committee. The report relied on the Krewski 2009 risk assessment methodology which evaluated the relationship between premature death and PM2.5. That methodology utilized a study sponsored by the American Cancer Society of about 500,000 participants in 116 U.S. cities, including cities in California. The EPA concluded this study has significant advantages over other epidemiological studies of the relationship between PM2.5 and premature death. These include the extended air quality analysis which allowed an eighteen year follow-up period with the participants, a range of ecological information (social, economic, and demographic) to allow for consideration of potential confounding, rigorous statistical methods, and a large study population. Using this

3

relationship, the EPA conducted a national-scale analysis and an assessment which was focused on 15 urban study areas, including Fresno and Los Angeles. Based on this work, the EPA estimated that about 63,000 to 80,000 premature deaths each year in the United States are related to PM2.5.

11. Using the same methodology, Board staff prepared a report, which the Board released in August 2010, that estimated premature deaths associated with PM2.5 exposure specifically in California. Board staff estimated that 9,200 (7,300 to 11,000, 95% confidence interval) of these deaths occur annually in California and that reducing emissions to the level of the NAAQS for PM2.5 would reduce these death by 2,700 annually (2,100 to 3,300, 95% confidence interval).

12. High ozone levels also impact public health. Ozone exposure is associated with breathing problems, lung tissue damage, and premature mortality in people with lung and heart disease. Additionally, ozone exposure is associated with increased asthma rates for children and adolescents. The health effects of ozone are documented in multiple science and risk assessments prepared in the process of revising the NAAQS for ozone. The second draft of EPA's "Integrated Science Assessment for Ozone and Related Photochemical Oxidants," released in September 2011, is the most current review of the health effects of ozone. It showed that short-term exposure to ozone could be associated with a number of health effects, such as respiratory tract inflammation, respiratory emergency department visits and hospital admissions. The EPA concluded that short-term exposure to ozone is causally associated with respiratory effects, and that mortality associated with exposure is likely causal. A likely causal relationship means it has a high scientific level of certainty in its ability to contribute to premature death, but some uncertainties remain.

13. The Truck and Bus Regulation specifically addresses diesel PM and oxides of nitrogen (NOx) emissions. Diesel PM is a component of ambient PM2.5. NOx emissions lead to the formation in the atmosphere of both ozone and PM2.5. The Regulation is a key component of California's overall plan to reduce PM2.5 and NOx emissions in order to improve air quality and public health and to attain the PM2.5 and 8-hour ozone NAAQS.

4

Decl. of Linda Smith in Support of Defendants Nichols and Goldstene's Opposition to Motion For Summary Judgment
(2:11-CV-00384-MCE-GGH)

14. Additionally, in August 1998, the Board identified particulate emissions from diesel-fueled engines as a toxic air contaminant. Particulate emissions from diesel-fueled engines are, by far, the largest contributor of known ambient air toxics cancer risk in California.

15. Following the identification of diesel PM as a toxic air contaminant, the Board developed the Board's Risk Reduction Plan to Reduce Particulate Matter Emissions from Diesel-Fueled Engines and Vehicles (Diesel Risk Reduction Plan) in September 2000. This plan paved the way for the development of control measures designed to reduce toxic diesel PM emissions. Through this plan, the Board's staff identified strategies, including air toxics control measures and other regulations, to reduce diesel emissions by 75% by 2010, and by 85% by 2020. The goal of each of these regulations was to make diesel engines as clean as possible to reduce diesel PM emissions and their associated cancer risk.

16. The Truck and Bus Regulation is a critical piece of the Diesel Risk Reduction Plan because of the large quantities of diesel PM emitted from the vehicles subject to this regulation. Failure to obtain substantial reductions in diesel PM from trucks and buses will likely mean the overall goals of the Diesel Risk Reduction Plan will not be met.

5

Decl. of Linda Smith in Support of Defendants Nichols and Goldstene's Opposition to Motion For Summary Judgment
(2:11-CV-00384-MCE-GGH)

1  I declare under penalty of perjury, under the laws of the United States of America, that the
2  foregoing is true and correct and that this Declaration was executed in Sacramento, California on
3  December 14, 2011.

                                                    _____
                                                    Linda Smith

6

Decl. of Linda Smith in Support of Defendants Nichols and Goldstene's Opposition to Motion For Summary Judgment
(2:11-CV-00384-MCE-GGH)