KAMALA D. HARRIS
Attorney General of California
SARA J. RUSSELL, State Bar No. 84704
Supervising Deputy Attorney General
NICHOLAS STERN, State Bar No. 148308
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-3840
 Fax: (916) 327-2319
 E-mail: Nicholas.Stern@doj.ca.gov
*Attorneys for Defendants
Mary D. Nichols, Chairperson of the California Air
Resources Board, and James Goldstene,, Executive
Officer of the California Air Resources Board*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA DUMP TRUCK OWNERS ASSOCIATION,**<br><br>Plaintiff,<br><br>v.<br><br>**MARY D. NICHOLS, Chairperson of the California Air Resources Board, and JAMES GOLDSTENE, Executive Officer of the California Air Resources Board,**<br><br>Defendant,<br><br>**NATURAL RESOURCES DEFENSE COUNCIL, INC.,**<br><br>Defendant-Intervenor. | 2:11-CV-00384-MCE-GGH<br><br>**DECLARATION OF JOHN URKOV IN SUPPORT OF DEFENDANTS MARY NICHOLS AND JAMES GOLDSTENE'S OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: December 15, 2011<br>Time: 2:00 p.m.<br>Courtroom: 7<br>Judge: The Honorable Morrison C. England, Jr.<br>Trial Date June 3, 2013<br>Action Filed: February 11, 2011 |

I, John Urkov, declare:

1. The facts stated in this declaration are true of my own personal knowledge, and if called as a witness in this matter I could and would testify competently thereto.

1

2. The opinions stated in this declaration are based on my education, experience, and knowledge of air pollution health impacts, health risk assessments and emissions control.

3. I received my Associate of Arts degree in Administration of Justice at Goldenwest College in Huntington Beach, California in 1976. I also have a Certificate of Achievement in Governmental Supervision from Goldenwest College.

4. I am the Chief of the In-Use Vehicle Programs Branch, Mobile Source Operations Division of the California Air Resources Board (the Board). I have held this position since 2000. I have worked in the field of air pollution for over 40 years. I have worked with the Board since 1976. Other positions I have held with the Board include: Manager, Inspection/Maintenance Section, Mobile Source Operations Division, from 1989 to 1992, and Manager, In-Use Compliance Section, Mobile Source Operations Division, from 1992 to 2000.

5. In my present capacity as Chief of the In-Use Vehicle Programs Branch, I oversee in-use compliance of new motor vehicles that have been certified by the Board for sale and operation in California. One section that is under my supervision is the Field Operations/ Warranty Section, which among other things, is responsible for reviewing warranty claims records for each certified engine family or test group that manufacturers are required to submit, pursuant to title 13, California Code of Regulations (Cal. Code Regs.), Article 2.4, sections 2141 through 2149. Warranty claims are categorized for each engine family or test group by the specific emission control component replaced or repaired. Manufacturers are required to submit warranty reports on a quarterly basis once the cumulative total of warranty claims equal or exceed one percent of the vehicles or engines of a California-certified engine family or test group or twenty-five, whichever is greater.

6. Starting with the 2007 model year, most new engines certified for sale and operation in California for use in heavy-duty vehicles (vehicles with a gross vehicle weight rating greater than 14,000 pounds) are equipped with original equipment manufacturer (OEM) diesel particulate filters (DPFs). DPFs were needed for manufacturers to comply with diesel particulate matter emission standards for new engines.

2

Declaration Of John Urkov In Support Of Defendants Mary Nichols & James Goldstene's Opposition To Motion For Preliminary Injunction
(2:11-CV-00384-MCE-GGH)

7. I have reviewed the warranty reporting data for DPFs that has been received by the Board to date from all diesel engine manufacturers. My staff sorted emissions warranty data for the 2007 model-year and newer engines from all heavy-duty diesel engine manufacturers that utilized DPFs and found that, except for some expected start-up problems in the early years, DPF technology utilized by the diesel vehicle and engine manufacturers has been relatively problem free. By comparison, passenger car and light-duty truck manufacturers had a severe durability problem when catalytic converters were first introduced for exhaust emission control in the mid-1970s.

8. Further analysis shows that certain diesel engine manufacturers (Detroit Diesel, Mitsubishi, Hino, John Deere, and Volvo, and Caterpillar), have no reportable DPF failures on any of their DPF-equipped engine families or test groups (less than a one percent warranty claim rate). Cummins and Navistar have had some problems with their smaller engine families but their large production engines have had relatively low warranty claim rates. It also appears that in-use DPF problems have steadily decreased since the 2007 model year. Overall, there have been 212 different new engine families equipped with DPFs since 2007. To date, more than 84 percent of these families have not reported warranty claim reports to the Board. There may be some warranty claims that do not meet the reporting threshold, describe above, but it appears that OEM DPF failures are rare.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct and that this Declaration was executed in El Monte, California on November 30, 2011.

_____
John Urkov