KAMALA D. HARRIS
Attorney General of California
SARA J. RUSSELL, State Bar No. 84704
Supervising Deputy Attorney General
NICHOLAS STERN, State Bar No. 148308
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-3840
 Fax: (916) 327-2319
 E-mail: Nicholas.Stern@doj.ca.gov
*Attorneys for Defendant
Mary D. Nichols, Chairperson of the California Air Resources Board, and James Goldstene,, Executive Officer of the California Air Resources Board*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA DUMP TRUCK OWNERS ASSOCIATION,**<br><br>Plaintiff,<br><br>v.<br><br>**MARY D. NICHOLS, Chairperson of the California Air Resources Board, and JAMES GOLDSTENE, Executive Officer of the California Air Resources Board,**<br><br>Defendant,<br><br>**NATURAL RESOURCES DEFENSE COUNCIL, INC.,**<br><br>Defendant-Intervenor. | 2:11-CV-00384-MCE-GGH<br><br>**DECLARATION OF SHARON LEMIEUX IN SUPPORT OF DEFENDANTS MARY NICHOLS AND JAMES GOLDSTENE'S OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: December 15, 2011<br>Time: 2:00 p.m.<br>Courtroom: 7<br>Judge: The Honorable Morrison C. England, Jr.<br>Trial Date: June 3, 2013<br>Action Filed: February 11, 2011 |

I, Sharon Lemieux, declare:

1. The facts stated in this declaration are true of my own personal knowledge, and if called as a witness in this matter I could and would testify competently thereto.

1

2.   The opinions stated in this declaration are based on my education, experience, and knowledge of air pollution health impacts, health risk assessments and emissions control.

3.   I received my Bachelor of Science degree in Industrial Engineering at California Polytechnic University in Pomona, California in 1991. I received a Professional Engineering license in Mechanical Engineering in 2002.

4.   I am the Chief of the Heavy-Duty Diesel In-Use Strategies Branch, Mobile Source Control Division of the California Air Resources Board (the Board). I have held this position since 2010. I have worked in the field of air pollution for over 14 years and with the Board since 1997. Other positions I have held with the Board include: Air Resource Supervisor 1 from 2005 until 2010; Staff Air Pollution Specialist from 2001 until 2005, and Air Resources Engineer from 1997 until 2001.

5.   In my present capacity as Chief of the Heavy-Duty Diesel In-Use Strategies Branch, I oversee all aspects of the Board's verification and compliance program for retrofit control devices used on non-new in-use vehicles that operate in California. The Heavy-Duty Diesel In-Use Strategies Branch was responsible for development and drafting of the regulation for "Verification Procedure, Warranty and In-Use Compliance Requirements for In-Use Strategies to Control Emissions from Diesel Engines," (Verification Procedure) California Code of Regulations, title 13, sections 2700-2711. Note: all section references, unless specifically noted otherwise are to the Verification Procedure.

6.   The Verification Procedure is an outgrowth of the Board's adoption of its "Risk Reduction Plan to Reduce Particulate Matter Emissions from Diesel-Fueled Engines and Vehicles" (Diesel Risk Reduction Plan), adopted in September 2000, which paved the way for the development of control measures designed to reduce toxic diesel particulate matter (PM) emissions. Through this plan, staff identified strategies, including air toxics control measures and other regulations, to reduce diesel emissions by 75 percent by 2010, and by 85 percent by 2020.

7.   One strategy that has been utilized by the Board is to require owners of diesel engines operated in California to install diesel retrofit devices that will achieve up to 85 percent diesel PM emissions reductions. Under the Verification Program, manufacturers submit diesel emission

2

control strategies (i.e., diesel retrofit devices or PM filters) for verification to the Board for review.  Manufacturers interested in verification must submit a pre-application that includes, but is not limited to, detailed information on system design, how it functions, and a proposed test plan.  All devices must be based on sound principles of science and engineering.  All applicants must conduct a durability demonstration of the retrofit devices by showing compliance with the requirements of Table 3 of section 2704, and conduct emissions testing using standardized test procedures per the requirements of sections 2703 and 2706.  Devices that use fuel based strategies must also meet the multimedia evaluation requirements of section 2710.  Applicants are required to submit a final application with all required materials, including, but not limited to, test data, owners and installation manuals, warranty statements, laboratory reports, and additional supporting information.  After review of the application and information provided by the manufacturer of the diesel emission control strategy, the Board determines whether the diesel emission control strategy merits verification at a specific level of control.  A strategy will be verified as a Level 3 strategy if it is determined that it will achieve at least an 85 percent PM reduction, by mass, assuming the terms and conditions of the governing Executive Order or Conditional Verification letter are met and that the device is maintained and serviced appropriately.

8. As part of the verification process, section 2707(a)(1)(A) requires that manufacturers of diesel emission control strategies warrant to ultimate users of the strategy that the strategy is free from defects in design, materials, workmanship, or operation that cause the strategy to fail to conform to the emission control performance level to which it was verified.

9. Additionally, installers of verified diesel emission control strategies must warrant that the strategy's installation is free from defects in workmanship or materials that cause the strategy to fail to conform to the emission control performance level to which it was verified.

10. To date, the Board has verified 39 PM filters as Level 3 diesel emission control strategies for use on on-road heavy-duty diesel trucks and busses that operate in California.  There are two basic types of verified PM filters that are distinguished by the method in which soot and ash are removed from the filter (i.e., filter regeneration): passive filters and active filters.

3

Passive PM filters are catalyzed and rely on the exhaust temperature of the engine to regenerate the device whereas active PM filters are not dependent on the exhaust temperature of the vehicle engines and utilize an independent heat source to facilitate filter regeneration. There are two primary active PM filter types. One requires that the filter be "plugged" in to an electrical source to regenerate while the other is an on-board fuel injection system. Some active systems require that the engine be turned off, or at idle to regenerate while others can operate when the engine is operating.

11. All currently verified technologies targeting on-road applications require a sequential warning system that alerts the operator that the device will need to be regenerated in the near future, and one indicating that more immediate regeneration is necessary if the original warning is ignored. Thus, the vehicle operator should receive notification that regeneration is necessary in time to be able to safely do so. The factors which are critical for successful device operation of a specific device are listed in the governing Executive Order, and these conditions must be met for the device to be considered appropriate for the given application. As such, the specific nature of the application (e.g. – dump truck, refuse vehicle, transit bus) is less important than ensuring that the conditions described in the Executive Order are met.

12. A vehicle operator would have to carefully evaluate a PM filter's operational characteristics to ensure that a particular retrofit device would work for their operations. To assist in this decision making process, all retrofit Executive Orders clearly state the exhaust temperature requirements for passive systems. For active systems, the Executive Orders dictate temperature requirements if applicable and that the device manufacturer provide a written estimate for how long a retrofit can go between regenerations for each and every vehicle the PM filter is installed on.

13. To date, more than 25,000 Level 3 devices have been sold/installed on on-road heavy-duty diesel trucks and busses that operate in California, including concrete mixers. Concrete mixers usually have a very cold-duty cycle since they tend to idle for long period of times; accordingly, a passive system would not, in general, work properly on such a vehicle. However, as mentioned, "active" PM filters can be installed and have been demonstrated to

4

function properly on concrete mixers, provided that the engine meets all the terms and conditions of the verified PM filter's Executive Order. Given the variety of retrofit systems available, I am not aware of any operational needs of cement mixers that would preclude them from being retrofitted as long as the retrofit is carefully selected.

14. The Heavy-Duty Diesel In-Use Strategies Branch monitors and tracks warranty claims on all verified emission control strategies that have been sold and installed as retrofit devices on non-new heavy-duty diesel vehicles that operate in California. I have reviewed the warranty reporting data for Level 3 strategies that have been received by the Board to date. Verified device manufacturers submit a Diesel Emission Control Strategy Warranty Report (warranty report) to the Executive Officer annually by April 1 of each calendar year for each verified system with a unique diesel emission control strategy family name. The applicant must also submit a warranty report within 30 calendar days if, at any time, warranty claims exceed four percent of the number of diesel engines using the diesel emission control strategy. The warranty report must include the following information:

    (1) Annual and cumulative sales, and annual and cumulative leases of diesel emission control systems (California only).

    (2) Annual and cumulative production of diesel emission control systems (California only).

    (3) Annual summary of warranty claims (California only). The summary must include:

        (A) A description of the nature of the claims and of the warranty replacements or repairs. The applicant must categorize warranty claims for each diesel emission control strategy family by the component(s) replaced or repaired.

        (B) The number and percentage of diesel emission control systems of each model for which a warranty replacement or repair was identified.

        (C) A short description of the diesel emission control system component that was replaced or repaired under warranty and the most likely reason for its failure.

5

    (4) Date the warranty claims were filed and the engine family and application the diesel emission control systems were used with.

    (5) Delineate the reason(s) for any instances in which warranty service is not provided to end-users that file warranty claims.

  15. Where warranty claims exceed four percent, the Executive Officer may modify, revoke or suspend the existing verification. The warranty reports are confidential and are marked as such. In general, the warranty reports show that overall retrofits devices have been successfully deployed with relatively few issues.

  16. My staff has reviewed the warranty reports for all on-road technologies. Based on this information, in the totality of all warranty reports for Level 3 systems provided to the ARB, there were only five instances of warranty involving dump trucks identified. Two of the five were attributed to installation issues, and the remaining involved system components, which should not directly affect filter functionality or efficiency. Therefore overall, no information provided has indicated systemic problems inherent to any verified devices. Retrofits are robust and working properly in the field. My staff has investigated several fleets complaining about their retrofits. Invariably, most if not all retrofits complaints stem from a poorly maintained or malfunctioning engine or the fact that the retrofit was never cleaned or otherwise maintained properly.

1   I declare under penalty of perjury, under the laws of the United States of America, that the
2   foregoing is true and correct and that this Declaration was executed in Sacramento, California on
3   November 30, 2011.

    _____
    Sharon Lemieux

7