KAMALA D. HARRIS
Attorney General of California
SARA J. RUSSELL
Supervising Deputy Attorney General
NICHOLAS STERN
Deputy Attorney General
State Bar No. 148308
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 323-3840
  Fax:  (916) 327-2319
  E-mail:  Nicholas.Stern@doj.ca.gov
*Attorneys for Defendants*
*Mary D. Nichols, Chairperson of the California Air
Resources Board, and James Goldstene, Executive
Officer of the California Air Resources Board*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA DUMP TRUCK OWNERS ASSOCIATION,**<br><br>                          Plaintiff,<br><br>v.<br><br>**MARY D. NICHOLS, Chairperson of the California Air Resources Board, and JAMES GOLDSTENE, Executive Officer of the California Air Resources Board,**<br><br>                         Defendants,<br><br>**NATURAL RESOURCES DEFENSE COUNCIL, INC.,**<br><br>                   Defendant-Intervenor. | Case No. 2:11-CV-00384-MCE-GGH<br><br>**NOTICE OF CROSS-MOTION AND CROSS-MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS MARY D. NICHOLS AND JAMES GOLDSTENE**<br><br>Date:        January 26, 2012<br>Time:       2:00 p.m.<br>Courtroom: 7<br>Judge:      The Honorable Morrison C. England, Jr.<br>Trial Date: June 3, 2013<br>Action Filed: February 11, 2011 |

1

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that on January 26, 2012, at 2:00 p.m. or as soon thereafter as the matter may be heard, before the Honorable Morrison C. England, Jr., United States District Judge, in Courtroom 7 of the United States District Court, Eastern District of California, located at 501 I Street, Sacramento, CA 95814, defendants Mary D. Nichols, Chairperson of the California Air Resources Board, and James Goldstene, Executive Officer of the California Air Resources Board, (collectively, the "Board") will move this Court for an order granting summary judgment. This motion seeks a judgment declaring that § 2025 of Title 13 of the California Code of Regulations ("Truck and Bus Regulation") is not preempted by the Federal Aviation Administration Authorization Act of 1994 ("FAAAA"). 49 U.S.C. § 14501(c)(1). This motion will be made pursuant to Federal Rules of Civil Procedure, Rule 56, on the grounds that there are no genuine issues of material fact to be litigated and that the Board is entitled to judgment as a matter of law. The motion will be based on this notice of cross-motion and cross-motion; the memorandum of points and authorities filed in support of the cross-motion; a statement of undisputed material facts; the declarations of Linda Smith, Todd Sax, and Tony Brasil, filed in support of the Board's opposition to the Association's motion for summary judgment, and the exhibits submitted therewith; on all other pleadings and evidence on file in this matter; and on such other matters as the parties may submit on or before the hearing on the motion.

1  Dated: December 22, 2011                    Respectfully Submitted,

2                                              KAMALA D. HARRIS
                                               Attorney General of California
3                                              SARA J. RUSSELL
                                               Supervising Deputy Attorney General
4

5

6                                              */s/Nicholas Stern*
                                               NICHOLAS STERN
7                                              Deputy Attorney General
                                               *Attorneys for Defendants*
8                                              *Mary D. Nichols, Chairperson of the*
                                               *California Air Resources Board, and James*
9                                              *Goldstene, Executive Officer of the*
                                               *California Air Resources Board*
10

11  SA2011300613
    10799944.doc

3

Notice Of Cross-Motion And Cross-Motion For Summary Judgment By Defendants Mary D. Nichols And James Goldstene (2:11-CV-00384-MCE-GGH)