KAMALA D. HARRIS
Attorney General of California
SARA J. RUSSELL
Supervising Deputy Attorney General
NICHOLAS STERN
Deputy Attorney General
State Bar No. 148308
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 323-3840
  Fax: (916) 327-2319
  E-mail: Nicholas.Stern@doj.ca.gov
*Attorneys for Defendants*
*Mary D. Nichols, Chairperson of the California Air
Resources Board, and James Goldstene, Executive
Officer of the California Air Resources Board*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA DUMP TRUCK OWNERS ASSOCIATION,**<br><br>                              Plaintiff,<br><br>     v.<br><br>**MARY D. NICHOLS, Chairperson of the California Air Resources Board, and JAMES GOLDSTENE, Executive Officer of the California Air Resources Board,**<br><br>                              Defendants,<br><br>**NATURAL RESOURCES DEFENSE COUNCIL, INC.,**<br><br>                         Defendant-Intervenor. | Case No. 2:11-CV-00384-MCE-GGH<br><br>**STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF DEFENDANTS MARY NICHOLS AND JAMES GOLDSTENE'S CROSS-MOTION FOR SUMMARY JUDGMENT**<br><br>Date:        January 26, 2012<br>Time:       2:00 p.m.<br>Courtroom: 7<br>Judge:     The Honorable Morrison C. England, Jr.<br>Trial Date: June 3, 2013<br>Action Filed: February 11, 2011 |

1

Statement Of Undisputed Material Facts In Support Of Defendants Nichols And Goldstene's Cross-Motion For Summary Judgment (2:11-CV-00384-MCE-GGH)

Pursuant to Local Rule 260(a), defendants Mary D. Nichols, Chairperson of the California Air Resources Board, and James Goldstene, Executive Officer of the California Air Resources Board, (collectively, the "Board") submit the following statement of material facts and evidence establishing those facts in support of their cross-motion for summary judgment.

| MATERIAL FACTS | EVIDENCE ESTABLISHING THE MATERIAL FACTS |
|---|---|
| 1. Particulate emissions from diesel-fueled engines ("diesel PM") are a toxic air contaminant. | Cal. Code Regs. tit. 17, § 93000; Declaration of Linda Smith in Support of Defendants Mary Nichols and James Goldstene's Opposition to Motion for Summary Judgment ("Smith Decl."), at ¶ 14. |
| 2. "Toxic air contaminant" means an air pollutant which may cause or contribute to an increase in mortality or in serious illness, or which may pose a present or potential hazard to human health. | Cal. Health & Safety Code § 39655. |
| 3. Oxides of nitrogen ("NOx") are a precursor to both fine particulate matter ("PM2.5") and ozone. | Approval and Promulgation of Implementation Plans, 76 Fed. Reg. 40652, 40654 (proposed July 11, 2011) (to be codified at 40 C.F.R. pt. 52); Declaration of Todd Sax in Support of Defendants Mary Nichols and James Goldstene's Opposition to Motion for Summary Judgment ("Sax Decl."), at ¶ 10. |
| 4. Diesel PM contributes to ambient levels of PM2.5. | Sax Decl., at ¶ 10; Smith Decl., at ¶ 13. |

| | |
|---|---|
| 5. Exposure to ozone causes breathing problems, lung tissue damage, and premature mortality in people with lung and heart disease. It also causes increased asthma rates for children and adolescents. | 76 Fed. Reg. at 40654; Smith Decl., at ¶ 12. |
| 6. Exposure to PM2.5 causes premature death, as well as increased hospitalizations and emergency room visits for heart and lung diseases. | 76 Fed. Reg. at 40654; Smith Decl., at ¶¶ 8-9. |
| 7. Trucks and other diesel-fueled vehicles subject to the Truck and Bus Regulation emit diesel PM and NOx and contribute more emissions of NOx and PM2.5 to California's ambient air than any other mobile source category. | 76 Fed. Reg. at 40652, 40654; Sax Decl., at ¶ 12(a),(b). |
| 8. The federal Clean Air Act directs the United States Environmental Protection Agency ("EPA") to establish national ambient air quality standards to protect public health and safety. | 42 U.S.C. § 7409. |
| 9. Pursuant to the federal Clean Air Act, the EPA established national ambient air quality standards for PM2.5 and ozone, which states are required to attain through the development of state implementation plans. | 42 U.S.C. §§ 7409, 7410; 76 Fed. Reg. at 40654; Sax Decl., at ¶ 8. |
| 10. Two areas in California, the South Coast Air Basin and the San Joaquin Valley Air Basin, are not in attainment for both PM2.5 and ozone. | 76 Fed. Reg. at 40654; Sax Decl., at ¶ 9. |
| 11. The Clean Air Act requires California to attain these standards by 2014 for PM2.5 and 2023 for eight-hour ozone. | 76 Fed. Reg. at 40658; Sax Decl., at ¶ 9. |

3

Statement Of Undisputed Material Facts In Support Of Defendants Nichols And Goldstene's Cross-Motion For Summary Judgment (2:11-CV-00384-MCE-GGH)

| | |
|---|---|
| 12. The Board's purposes in adopting the Truck and Bus Regulation was to reduce the amount of diesel PM and NOx emitted from trucks and buses and to help California attain national ambient air quality standards for PM2.5 and eight-hour ozone in order to protect the health of Californians and comply with the Clean Air Act. | Brasil Decl., at ¶ 3, Exh. 1, at pp. 1, 3-4, 5, 11; Exh. 2, at p. 1; 76 Fed. Reg. at 40654. |

Dated:  December 22, 2011

Respectfully Submitted,

KAMALA D. HARRIS
Attorney General of California
SARA J. RUSSELL
Supervising Deputy Attorney General

/s/ Nicholas Stern
NICHOLAS STERN
Deputy Attorney General
*Attorneys for Defendants*
*Mary D. Nichols, Chairperson of the California Air Resources Board, and James Goldstene, Executive Officer of the California Air Resources Board*

SA2011300613
10799899.doc

4

Statement Of Undisputed Material Facts In Support Of Defendants Nichols And Goldstene's Cross-Motion For Summary Judgment (2:11-CV-00384-MCE-GGH)