DAVID PETTIT (SBN 67128)
dpettit@nrdc.org
MELISSA LIN PERRELLA (SBN 205019)
mlinperrella@nrdc.org
MORGAN WYENN (SBN 270593)
mwyenn@nrdc.org
NATURAL RESOURCES DEFENSE COUNCIL
1314 Second Street
Santa Monica, California 90401
Telephone:    (310) 434-2300
Facsimile:    (310) 434-2399

Attorneys for Defendant-Intervenor
Natural Resources Defense Council, Inc.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DUMP TRUCK OWNERS ASSOCIATION,<br><br>    Plaintiff,<br><br>    v.<br><br>MARY D. NICHOLS, Chairperson of the California Air Resources Board; and JAMES GOLDSTENE, Executive Officer of the California Air Resources Board,<br><br>    Defendants,<br><br>NATURAL RESOURCES DEFENSE COUNCIL, INC.,<br><br>    Defendant-Intervenor. | Case No. 2:11-CV-00384-MCE-GGH<br><br>DEFENDANT-INTERVENOR NATURAL RESOURCES DEFENSE COUNCIL'S NOTICE OF <u>CROSS-MOTION</u> FOR SUMMARY JUDGMENT<br><br>Date:         January 26, 2012<br>Time:        2:00 p.m.<br>Judge:       Hon. Morrison C. England, Jr.<br>Courtroom:  7 |

1  **TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD**:

2      **NOTICE IS HEREBY GIVEN** that on January 26, 2011, at 2:00 p.m. or as soon
3  thereafter as the matter may be heard, before the Honorable Morrison C. England, Jr., United
4  States District Judge, in Courtroom 7 of the United States District Court, Eastern District of
5  California, located at 501 I Street, Suite 4-200, Sacramento, CA 95814, Defendant-Intervenor the
6  Natural Resources Defense Council, Inc. ("NRDC") will move this Court pursuant to Federal
7  Rule of Civil Procedure 56(b) and Local Rule 260 for an order granting summary judgment on
8  the sole count alleged by Plaintiff California Dump Truck Owners Association ("CDTOA") in its
9  First Amended Complaint. CDTOA's sole count alleges that California's Truck and Bus Rule[1]
10 is preempted by the Federal Aviation Administration Authorization Act, 49 U.S.C. § 14501(c)(1)
11 ("FAAA").

12     NRDC moves for summary judgment on the grounds that California adopted the Truck
13 and Bus Rule pursuant to authority expressly reserved to it under sections 7416 and 7543(d) of
14 the Clean Air Act, 42 U.S.C. §§ 7401 *et seq.*, and there is no evidence that Congress intended to
15 repeal that authority when it enacted the FAAA. On this basis, and because there are no genuine
16 issues of material fact to be litigated, NRDC is entitled to judgment as a matter of law.

17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25

---

26 [1] The "Truck and Bus Rule" refers to the rule challenged by CDTOA in this case, and is formally
27 entitled "Regulation to Reduce Emissions of Diesel Particulate Matter, Oxides of Nitrogen and
   Other Criteria Pollutants, from In-Use Heavy-Duty Diesel-Fueled Vehicles," 13 Cal. Code. Reg.
28 § 2025.

1  This cross-motion is based upon this Notice of Cross-Motion, the Memorandum of Points
2  and Authorities in support thereof, the Statement of Undisputed Facts, the Declaration of Melissa
3  Lin Perrella and exhibits attached thereto, and all pleadings, records and papers on file in this
4  action, and such other further evidence and argument as may be presented at or before the time
5  of the hearing.

7  Dated:  December 22, 2011            David Pettit
8                                       Melissa Lin Perrella
                                         Morgan Wyenn
9                                        Natural Resources Defense Council, Inc.

10                                       By:  /s/ Melissa Lin Perrella

11                                       Attorneys for Defendant-Intervenor
12                                       Natural Resources Defense Council, Inc