DAVID PETTIT (SBN 67128)
dpettit@nrdc.org
MELISSA LIN PERRELLA (SBN 205019)
mlinperrella@nrdc.org
MORGAN WYENN (SBN 270593)
mwyenn@nrdc.org
NATURAL RESOURCES DEFENSE COUNCIL
1314 Second Street
Santa Monica, California 90401
Telephone:   (310) 434-2300
Facsimile:    (310) 434-2399

Attorneys for Defendant-Intervenor
Natural Resources Defense Council, Inc.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DUMP TRUCK OWNERS ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>MARY D. NICHOLS, Chairperson of the California Air Resources Board; and JAMES GOLDSTENE, Executive Officer of the California Air Resources Board,<br><br>Defendants,<br><br>NATURAL RESOURCES DEFENSE COUNCIL, INC.,<br><br>Defendant-Intervenor. | Case No. 2:11-CV-00384-MCE-GGH<br><br>STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF DEFENDANT-INTERVENOR NATURAL RESOURCES DEFENSE COUNCIL'S <u>CROSS-MOTION</u> FOR SUMMARY JUDGMENT<br><br>Date:        January 26, 2012<br>Time:        2:00 p.m.<br>Judge:       Hon. Morrison C. England, Jr.<br>Courtroom:  7 |

| UNDISPUTED STATEMENT OF FACT | EVIDENCE IN SUPPORT |
|---|---|
| 1. The California Air Resources Board ("CARB") adopted the Truck and Bus Rule[1] in 2008, and amended the rule in September 2011. The amended rule became final on December 14, 2011. | Declaration of T. Brasil submitted in support of defendants Nichols and Goldstene's Opp. to Plaintiff's Motion of Summary Judgment, ¶¶ 12, 18. |
| 2. Regions in California, including the San Joaquin Valley Air Basin and South Coast Air Basin, violate the United States Environmental Protection Agency's ("EPA") PM2.5 and ozone standards, which must be attained by 2014 and 2023, respectively. | Declaration of M. Lin Perrella, Ex. C at 21–22 (CARB Initial Statement of Reasons, Oct. 2010). |
| 3. CARB adopted the Truck and Bus Rule to reduce air pollution, including emissions of diesel particulate matter, and to meet national ambient air quality standards established by EPA. | Declaration of M. Lin Perrella, Ex. E at 3 (CARB Executive Order R-11-009). |
| 4. EPA has proposed to approve the Truck and Bus Rule as part of California's State Implementation Plan, finding that the rule is authorized under the federal Clean Air Act. | Approval and Promulgation of Implementation Plans, 76 Fed. Reg. 40652, 40658 (proposed July 11, 2011) (to be codified at 40 C.F.R. pt. 52). |

Dated: December 22, 2011

David Pettit
Melissa Lin Perrella
Morgan Wyenn
Natural Resources Defense Council, Inc.

By: /s/ Melissa Lin Perrella
Attorneys for Defendant-Intervenor
Natural Resources Defense Council, Inc.

---

[1] The "Truck and Bus Rule" is formally entitled "Regulation to Reduce Emissions of Diesel Particulate Matter, Oxides of Nitrogen and Other Criteria Pollutants, from In-Use Heavy-Duty Diesel-Fueled Vehicles," 13 Cal. Code. Reg. § 2025.