DAVID PETTIT (SBN 67128)
dpettit@nrdc.org
MELISSA LIN PERRELLA (SBN 205019)
mlinperrella@nrdc.org
MORGAN WYENN (SBN 270593)
mwyenn@nrdc.org
NATURAL RESOURCES DEFENSE COUNCIL
1314 Second Street
Santa Monica, California 90401
Telephone:     (310) 434-2300
Facsimile:     (310) 434-2399

Attorneys for Defendant-Intervenor
Natural Resources Defense Council, Inc.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DUMP TRUCK OWNERS ASSOCIATION,<br><br>        Plaintiff,<br><br>    v.<br><br>MARY D. NICHOLS, Chairperson of the California Air Resources Board; and JAMES GOLDSTENE, Executive Officer of the California Air Resources Board,<br><br>        Defendants,<br><br>NATURAL RESOURCES DEFENSE COUNCIL, INC.,<br><br>        Defendant-Intervenor. | Case No. 2:11-CV-00384-MCE-GGH<br><br>[PROPOSED] ORDER GRANTING THE CROSS-MOTION FOR SUMMARY JUDGMENT BY DEFENDANT-INTERVENOR NATURAL RESOURCES DEFENSE COUNCIL<br><br>Date:       January 26, 2012<br>Time:      2:00 p.m.<br>Judge:     Hon. Morrison C. England, Jr.<br>Courtroom: 7 |

1

2       The cross-motion of Defendant-Intervenor Natural Resources Defense Council for

3  summary judgment ("Cross-Motion") came on regularly for hearing before this Court on January

   26, 2012, before the Honorable Morrison C. England, Jr., United States District Court.

4       After full consideration of the evidence, papers, and arguments of each party, and the

5  authorities submitted by counsel, **IT IS HEREBY ORDERED**:

6       NRDC's Cross-Motion is **GRANTED**.  The Court finds that there is no genuine issue of

7  material fact and that the Regulation to Reduce Emissions of Diesel Particulate Matter, Oxides of

8  Nitrogen and Other Criteria Pollutants, from In-Use Heavy-Duty Diesel-Fueled Vehicles, 13 Cal.

9  Code Reg. § 2025, known as the "California Truck and Bus Rule," is not preempted by the

10 Federal Aviation Administration Authorization Act, 49 U.S.C. § 14501(c)(1).  A judgment shall

11 be entered consistent with this Order in favor of NRDC.

12

13 Dated: _____          _____

14                                                 Hon. Morrison C. England, Jr.
                                                   United States District Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28