**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 22nd day of December, 2011, she caused the following:

- DEFENDANT-INTERVENOR NATURAL RESOURCES DEFENSE COUNCIL'S NOTICE OF CROSS-MOTION FOR SUMMARY JUDGMENT

- DEFENDANT-INTERVENOR NATURAL RESOURCES DEFENSE COUNCIL'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT

- DECLARATION OF MELISSA LIN PERRELLA IN SUPPORT OF DEFENDANT-INTERVENOR NATURAL RESOURCES DEFENSE COUNCIL'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT

- STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF DEFENDANT-INTERVENOR NATURAL RESOURCES DEFENSE COUNCIL'S CROSS-MOTION FOR SUMMARY JUDGMENT

- [PROPOSED] ORDER GRANTING THE CROSS-MOTION FOR SUMMARY JUDGMENT BY DEFENDANT-INTERVENOR NATURAL RESOURCES DEFENSE COUNCIL

to be filed electronically using this Court's CM/ECF system. Pursuant to Civ. L.R. 5-135(a), an electronic Notice of this filing will be sent automatically to all parties, and constitutes service pursuant to Fed. R. Civ. P. 5(b)(2)(D).

Date:   December 22, 2011                              /s/ Lizzeth Henao
                                                       Lizzeth Henao