BROOKS ELLISON
State Bar No. 122705
PATRICK J. WHALEN
State Bar No. 173489
THE LAW OFFICES OF BROOKS ELLISON
1725 Capitol Ave.
Sacramento, CA 95811
Telephone: (916) 448-2187
Facsimile: (916) 448-5346
E-mail: attorneys@ellisonlawoffices.com

Attorneys for Plaintiff
California Dump Truck Owners Association

UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DUMP TRUCK OWNERS ASSOCIATION<br><br>　　　　　　Plaintiff,<br>　　vs.<br><br>MARY D. NICHOLS, Chairperson of the California Air Resources Board; JAMES GOLDSTENE, Executive Officer of the California Air Resources Board; and DOES 1-50<br><br>　　　　　　Defendants.<br><br>NATURAL RESOURCES DEFENSE COUNCIL, INC.,<br><br>　　　　　　Defendant-Intervener | Case No. 2:11-CV-00384-MCE-GGH<br><br>**PLAINTIFF CDTOA'S RESPONSE TO STATEMENTS OF UNDISPUTED FACTS**<br><br>Date:　　　January 26, 2012<br>Time:　　　2:00 p.m.<br>Courtroom.:　7 |

CDTOA Response to Stmts. Of Undisputed Facts

Pursuant to Local Rule 260(b), plaintiff California Dump Truck Owners Association ("CDTOA") submits the following responses to the Statements of Undisputed Fact submitted by both defendants Mary D. Nichols, Chairperson of the California Air Resources Board, and James Goldstene, Executive Officer of the California Air Resources, as well as intervenor Natural Resources Defense Council, in support of their respective cross-motions for summary judgment.

| Defendants Mary D. Nichols' and James Goldstene's Undisputed Facts | CDTOA Responses |
|---|---|
| 1. Particulate emissions from diesel-fueled engines ("diesel PM") are a toxic air contaminant. | Disputed. Scientific evidence demonstrates that there is no relationship between diesel PM and adverse health effects. Young Dec. ¶ 7, 8, 52, 53; Enstrom Dec. ¶ 9-11, 14 |
| 2. "Toxic air contaminant" means an air pollutant which may cause or contribute to an increase in mortality or in serious illness, or which may pose a present or potential hazard to human health. | Undisputed. |
| 3. Oxides of nitrogen ("NOx") are a precursor to both fine particulate matter ("PM2.5") and ozone. | Undisputed. |
| 4. Diesel PM contributes to ambient levels of PM2.5. | Undisputed. |
| 5. Exposure to ozone causes breathing problems, lung tissue damage, and premature mortality in people with lung and heart disease. It also causes increased asthma rates for children and adolescents. | Disputed. Early studies showing demonstrating causation have subsequently been undermined. Young Dec. ¶ 19, 36. |
| 6. Exposure to PM2.5 causes premature death, as well as increased hospitalizations and emergency room visits for heart and lung diseases. | Disputed. There is no association of PM2.5 with statistical deaths. Young Dec. ¶ 8, 9. Enstrom Dec. ¶ 9-11, 13, 14. |

| | | |
|---|---|---|
| 1-12 | 7. Trucks and other diesel-fueled vehicles subject to the Truck and Bus Regulation emit diesel PM and NOx and contribute more emissions of NOx and PM2.5 to California's ambient air than any other mobile source category. | Disputed. The primary sources of PM2.5 emissions in California are dust, fuel combustion, mobile, fires, industrial processes, miscellaneous, and agriculture. Mobile source emissions account for less than 18% of the total PM2.5 emissions in California and trucks and buses comprise only a subset of all mobile sources, which includes all on road and off road motor vehicles. Young Dec. ¶ 55, 56. Enstrom Dec. ¶ 17. |
| 13-16 | 8. The federal Clean Air Act directs the United States Environmental Protection Agency ("EPA") to establish national ambient air quality standards to protect public health and safety. | Undisputed. |
| 17-21 | 9. Pursuant to the federal Clean Air Act, the EPA established national ambient air quality standards for PM2.5 and ozone, which states are required to attain through the development of state implementation plans. | Undisputed. |
| 22-24 | 10. Two areas in California, the South Coast Air Basin and the San Joaquin Valley Air Basin, are not in attainment for both PM2.5 and ozone. | Undisputed. |
| 25-28 | 11. The Clean Air Act requires California to attain these standards by 2014 for PM2.5 and 2023 for eight hour ozone. | Undisputed. |
| | 12. The Board's purposes in adopting the Truck and | Undisputed. |

- 2 -

CDTOA Response to Stmts. of Undisputed Facts

| | |
|---|---|
| Bus Regulation was to reduce the amount of diesel PM and NOx emitted from trucks and buses and to help California attain national ambient air quality standards for PM2.5 and eight-hour ozone in order to protect the health of Californians and comply with the Clean Air Act. | |
| **Intervenor NRDC's Undisputed Facts** | |
| 1. The California Air Resources Board ("CARB") adopted the Truck and Bus Rule1 in 2008, and amended the rule in September 2011. The amended rule became final on December 14, 2011. | Undisputed. |
| 2. Regions in California, including the San Joaquin Valley Air Basin and South Coast Air Basin, violate the United States Environmental Protection Agency's ("EPA") PM2.5 and ozone standards, which must be attained by 2014 and 2023, respectively. | Undisputed. |
| 3. CARB adopted the Truck and Bus Rule to reduce air pollution, including emissions of diesel particulate matter, and to meet national ambient air quality standards established by EPA. | Undisputed. |

- 3 -

CDTOA Response to Stmts. of Undisputed Facts

| | |
|---|---|
| 4. EPA has proposed to approve the Truck and Bus Rule as part of California's State Implementation Plan, finding that the rule is authorized under the federal Clean Air Act. | Undisputed. |

Dated: January 12, 2012

/s/ Patrick J. Whalen

PATRICK J. WHALEN

Attorneys for Plaintiff
CALIFORNIA DUMP TRUCK OWNERS ASSOCIATION

- 4 -

CDTOA Response to Stmts. of Undisputed Facts