DAVID PETTIT (SBN 67128)
dpettit@nrdc.org
MELISSA LIN PERRELLA (SBN 205019)
mlinperrella@nrdc.org
MORGAN WYENN (SBN 270593)
mwyenn@nrdc.org
NATURAL RESOURCES DEFENSE COUNCIL
1314 Second Street
Santa Monica, California 90401
Telephone:     (310) 434-2300
Facsimile:      (310) 434-2399

Attorneys for Defendant-Intervenor
Natural Resources Defense Council, Inc.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DUMP TRUCK OWNERS ASSOCIATION,<br><br>              Plaintiff,<br><br>      v.<br><br>MARY D. NICHOLS, Chairperson of the California Air Resources Board; and JAMES GOLDSTENE, Executive Officer of the California Air Resources Board,<br><br>              Defendants,<br><br>NATURAL RESOURCES DEFENSE COUNCIL, INC.,<br><br>              Defendant-Intervenor. | Case No. 2:11-CV-00384-MCE-GGH<br><br>JOINT REQUEST TO STRIKE PLAINTIFF'S OPPOSITION TO DEFENDANTS AND DEFENDANT-INTERVENOR'S CROSS-MOTIONS FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, REQUEST TO MOVE HEARING DATE FOR MOTIONS FOR SUMMARY JUDGMENT AND ORDER<br><br>Date:           January 26, 2012<br>Time:          2:00 p.m.<br>Judge:        Hon. Morrison C. England, Jr.<br>Courtroom   7 |

Defendant-Intervenor the Natural Resources Defense Council ("NRDC") and Defendants Nichols and Goldstene ("Defendants") jointly request that the Court strike, as untimely, Plaintiff California Dump Truck Owners Association's ("Plaintiff") opposition papers filed on January 12, 2012 in response to NRDC and Defendants' cross-motions for summary judgment.

In the alternative, NRDC and Defendants request that the Court move the hearing date for Plaintiff's motion for summary judgment and NRDC and Defendants' cross-motions for summary judgment by one week or to the next available hearing date thereafter (February 9, 2012) to give NRDC and Defendants adequate time to reply to Plaintiff's opposition. The facts supporting this request are as follows:

1. WHEREAS, on November 17, 2011, Plaintiff filed a motion for summary judgment with a hearing noticed for January 26, 2012;

2. WHEREAS, on December 22, 2011 Defendants and NRDC separately filed cross-motions for summary judgment in accordance with the deadline prescribed in this Court's Pretrial Scheduling Order (Dkt. # 27);

3. WHEREAS, pursuant to that Scheduling Order, Plaintiff's opposition to Defendants and NRDC's cross-motions were due by January 5, 2012, and Defendants' and NRDC's replies are due January 19, 2012;

4. WHEREAS, Plaintiff did not file any opposition papers by the deadline set forth in this Court's Scheduling Order, but instead, filed an opposition brief and accompanying papers one week later, on January 12, 2012;

5. WHEREAS, Plaintiff never attempted to contact Defendants or NRDC to seek an extension of time to file its opposition;

6. WHEREAS, Plaintiff's untimely filing cuts short Defendants' and NRDC's time to draft and file replies to Plaintiff's opposition by one full week, and Defendants and NRDC anticipate needing the full two weeks afforded to them under the Scheduling Order to adequately respond to Plaintiff's opposition; and

7. WHEREAS, Defendants and NRDC contemplated requesting that the Court extend the time for Defendants and NRDC to file their respective replies by one week, but any such

1 extension would make the replies due on the hearing date set for the parties' respective motions for
2 summary judgment, making such a request unworkable;
3     Therefore, NRDC and Defendants request that the Court strike Plaintiff's opposition brief
4 and accompanying papers filed on January 12, 2012 (Documents #'s 46, 47, 48, 49 and 50) in
5 response to NRDC and Defendants' cross-motions for summary judgment.
6     In the alternative, NRDC and Defendants request that the Court move the hearing date
7 currently set for Plaintiff's motion for summary judgment and NRDC and Defendants' cross-
8 motions from January 26, 2012 to February 9, 2012, which is the first available date for a hearing
9 according to the calendaring information located on this Court's website.  Based on a February 9,
10 2012 hearing date and this Court's Scheduling Order, NRDC and Defendants' replies would be
11 due by February 2, 2012.

13 Dated:  January 13, 2012

    David Pettit
    Melissa Lin Perrella
    Morgan Wyenn
    Natural Resources Defense Council, Inc.

    By:  /s/ Melissa Lin Perrella
    Attorneys for Defendant-Intervenor Natural
    Resources Defense Council, Inc.

    KAMALA D. HARRIS
    Attorney General of California
    SARA J. RUSSELL
    Supervising Deputy Attorney General

    By:  /s/ Nicholas Stern
    Deputy Attorney General
    Attorneys for Defendants

25 //
26 //

**ORDER**

Based on the facts presented in Defendants and Defendant-Intervenor's Request To Strike, Or In The Alternative, Move The Hearing Date For Motions For Summary Judgment:

IT IS HEREBY ORDERED that the hearing date for Plaintiff's motion for summary judgment and Defendants' and Defendant-Intervenor's respective cross-motions for summary judgment will be moved to February 9, 2012 at 2:00 p.m. in courtroom 7 at the above captioned court.  Based on this hearing date and this Court's Pretrial Scheduling Order, NRDC and Defendants' replies to Plaintiff's opposition would be due by February 2, 2012.

Dated:  January 18, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE