# THE LAW OFFICES OF BROOKS ELLISON

1725 CAPITOL AVENUE
SACRAMENTO, CALIFORNIA 95811
916-448-2187 • FAX 916-448-5346
E-MAIL: attorneys@ellisonlawoffices.com

May 25, 2012

Victoria Minor, Clerk of the Court
United States District Court
Eastern District of California
501 I Street
Sacramento, CA 95814

Re: *California Dump Truck Owners Association v. Nichols, et al.,* Case No. 2:11-CV-00384-MCE-GGH

Dear Ms. Minor:

I am writing on behalf of the plaintiff in of the above-entitled case, and to respectfully urge a decision as soon as possible.  By way of background, cross motions for summary judgment have been fully briefed and pending since February 2, 2012.  Most recently, the court stayed the matter in its entirety pending its ruling on the motions for summary judgment.  Prior to that, in December, 2011, the court expeditiously ruled upon a request for an injunction in this case which raised the same issues as the pending motions for summary judgment.  The court's most recent ruling raises concerns to the extent it suggests that the court's ruling may still be months away.

This matter is of critical importance to my client and their member businesses, many of whom are facing enormous economic uncertainty while this case remains pending.  This case challenges the constitutionality of a regulation affecting trucking businesses, and because the cost of compliance is significant, businesses need to know as soon as possible whether they will be required to either make large capital investments in their companies so as to comply with the regulation, or go out of business.

I fully understand that every litigant believes their case is important, and I am also aware of the enormous pressures on the court's docket.  However, because the pending motions raise a fairly discrete question of law, and because the court has already engaged in the legal analysis in the course of ruling on the earlier injunction request, I respectfully request the court rule on the pending motions for summary judgment as soon as possible.

Best regards,

/s/ Patrick Whalen

Patrick Whalen
Counsel for California Dump Truck Owners Association

Cc:  Melissa Lynn Perella, counsel for Defendant-Intervenor Natural Resources Defense Council
      Nicholas Stern, counsel for Defendants Mary Nichols, et al.