1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  CALIFORNIA DUMP TRUCK OWNERS      No. 2:11-cv-00384-MCE-GGH
    ASSOCIATION,
12
              Plaintiff,
13                                    ORDER CONTINUING TRIAL
         v.
14
    AIR RESOURCES BOARD, ET AL.,
15
              Defendant.
16  _____/

17       YOU ARE HEREBY NOTIFIED the June 3, 2013 bench trial is

18  vacated and continued to **February 24, 2014**, at **9:00 a.m.** in

19  Courtroom 7.  The parties shall file trial briefs not later than

20  **December 5, 2013.**  Counsel are directed to Local Rule 285

21  regarding the content of trial briefs.

22       Accordingly, the April 4, 2013 Final Pretrial Conference is

23  vacated and continued to **December 19, 2013**, at **2:00 p.m.** in

24  Courtroom 7.  The Joint Final Pretrial Statement is due not later

25  than **November 28, 2013** and shall comply with the procedures

26  outlined in the Court's September 7, 2011 Pretrial Scheduling

27  Order.

28  ///

1

1  The personal appearances of the trial attorneys or person(s) in

2  pro se is mandatory for the Final Pretrial Conference.

3  Telephonic appearances for this hearing are not permitted.

4     Any evidentiary or procedural motions are to be filed by

5  **November 28, 2013.**  Oppositions must be filed by **December 5, 2013**

6  and any reply must be filed by **December 12, 2013.**  The motions

7  will be heard by the Court at the same time as the Final Pretrial

8  Conference.

9     All other due dates set forth in the Court's Pretrial

10 Scheduling Order are confirmed.

11    IT IS SO ORDERED.

12
   Dated: October 29, 2012

13

14  _____

15  MORRISON C. ENGLAND, JR.
    UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

2